# LAW OFFICE OF ANTHONY GIORDANO

Counselor at Law

23 Spring Street, Suite 204A
Ossining, New York 10562

Tel
Fax

www.westchestercountynylaw.com

> Application granted.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 25, 2022

October 24, 2022

Hon. Philip M. Halpern
U.S. District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Stacy Druss v Town of Clarkstown, Anthony Muscatella, Victor Protasiewicz, Shirley Rose, Christian Cortelli, John Doe and James Doe, Dkt No. 20 CV-6341 (PMH)(LMS)

Honorable Sir,

    I write requesting an extension of time of 4 weeks, to November 18, for filing a joint pre-trial order and related juror instructions. The original date was for this Friday, October 28. The reason for the request is that I have been inundated over the last two month with work on cases that needed immediate attention and realized I couldn't get done what needed to be done on this case by this Friday. I don't believe I have made any prior requested adjournments or extensions affecting scheduled dates. My opposition has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Anthony M. Giordano, Esq.
(Attorney for Plaintiff)

CC: via ECF and regular mailing to
Benjamin Sonnenfeldt, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604