UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STACEY DRUSS,

                                      Plaintiff,

v.

ANTHONY MUSCATELLA, et al.,

                                  Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-06341 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held an in-person pretrial conference on December 1, 2022. Counsel for all parties appeared.

    This case is now scheduled as the primary backup case that may proceed to trial in place of the primary case scheduled for January 17, 2023, if the primary case does not go forward. This case must therefore be trial ready for January 17, 2023. As soon as the Court confirms whether this matter will proceed on January 17, 2023, it will inform the parties. If this matter cannot proceed on January 17, 2023, the Court will seek another jury trial date for as soon as possible thereafter.

    The Court dismissed the John and James Doe defendants on consent of the parties.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions concerning the Proposed Joint Pretrial Order (Doc. 54), Proposed Joint Jury Charge (Doc. 53), and Proposed Verdict Forms (Docs. 55, 56), and shall file by **December 16, 2022**:

    a. a Proposed Amended JPTO;

    b. an Amended Joint Proposed Jury Charge;

    c. an Amended Joint Proposed Verdict Form;

    d. a joint letter setting forth any objections, proposed revisions, and/or additions to the *voir dire* questionnaire circulated to counsel at the conference; and

    e. a short and agreed-upon Summary of the Case to be read to potential jurors at the beginning of *voir dire*.

2. Word versions of the foregoing documents shall be contemporaneously emailed to the law clerk via email to: HalpernNYSDChambers@nysd.uscourts.gov.

3. Three sets of exhibit binders and any flashdrives containing exhibits shall be produced to the Court no later than one week prior to the start of trial.

4. The parties shall immediately notify the Court if they have reached a settlement.

The Clerk of the Court is respectfully directed to terminate John Doe and James Doe as defendants in this action.

**SO ORDERED:**

Dated: White Plains, New York
December 1, 2022

_____
PHILIP M. HALPERN
United States District Judge