UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STACEY DRUSS,

                              Plaintiff,

v.

ANTHONY MUSCATELLA, et al.,

                              Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-06341 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that this case is no longer the backup trial and that this case will proceed to jury selection and trial on **January 17, 2023 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
           December 13, 2022

                                                                    _____
                                                                    Philip M. Halpern
                                                                    United States District Judge