UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STACEY DRUSS,

                     Plaintiff,

v.

ANTHONY MUSCATELLA, et al.,

                    Defendants.
-------------------------------------------------------X

**<u>ORDER</u>**

20-CV-06341 (PMH)

PHILIP M. HALPERN, United States District Judge:

      An in-person pretrial conference has been scheduled for tomorrow, **December 21, 2022 at 11:00 a.m.** Counsel for all parties shall appear at that date and time in Courtroom 520 of the White Plains courthouse.

SO ORDERED.

Dated:  White Plains, New York
        December 20, 2022

_____
Philip M. Halpern
United States District Judge