UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STACEY DRUSS,

                                                        **ORDER**

                   Plaintiff,

                                                    20-CV-06341 (PMH)

v.

ANTHONY MUSCATELLA, et al.,

                  Defendants.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for an in-person pretrial conference today. As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions concerning the Proposed Joint Pretrial Order (Doc. 61), Proposed Joint Jury Charge (Doc. 59), and Proposed Verdict Form (Doc. 62), and shall file by **December 23, 2022**:

   a. a Proposed Second Amended JPTO;

   b. a Second Amended Joint Proposed Jury Charge;

   c. a Second Amended Joint Proposed Verdict Form;

   d. a short Summary of the Case to be read to potential jurors at the beginning of *voir dire* or a joint letter advising the Court that parties consent to the proposed summary circulated at the conference.

2. Word versions of the foregoing documents shall be contemporaneously emailed to the law clerk via email to: HalpernNYSDChambers@nysd.uscourts.gov.

      For the reasons set forth on the record, Defendants' motion to preclude Dr. Shapiro from testifying at trial (Doc. 63) is GRANTED. The Court's endorsement directing Plaintiff to file a response to Defendants' letter is vacated. (Doc. 64)

      In light of Plaintiff's withdrawal of her assault claim, the parties are directed to file, by December 23, 2022, an order and stipulation providing for the dismissal of that claim.

The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 63).

                                                    **SO ORDERED:**

Dated: White Plains, New York
December 21, 2022

_____
PHILIP M. HALPERN
United States District Judge