UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STACEY DRUSS,

                      Plaintiff,

v.

ANTHONY MUSCATELLA, et al.,

                      Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-06341 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

    The parties may submit an order and stipulation concerning sealing of records as indicated in their letter (Doc. 67) on or before January 9, 2023.

Dated: White Plains, New York
         December 23, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge