UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x   Docket No.: 20-CV-06341 (PMH)

STACEY DRUSS,

                Plaintiff,

                **SEALING ORDER**

   -against-

ANTHONY MUSCATELLA, VICTOR
PROTASIEWICZ, CHRISTIAN CORTELLI,

                Defendants.

------------------------------------------------------------------------ x

Upon reading and filing the annexed joint declaration of John M. Flannery, Esq. and Anthony Giordano, Esq., and all the papers and proceedings had herein, now on joint motion of the plaintiff and the defendants, it is:

**ORDERED**, that all records in the possession of the Town of Clarkstown relating to the plaintiff's November 22, 2016 and July 22, 2019 interactions with the Clarkstown Police are sealed.

Dated: January 10, 2023
        White Plains, NY

                                      **SO ORDERED:**

                                      _____
                                      Honorable Phillip M. Halpern
                                      United States District Judge